Anna Plesha, a minor, by South Chicago Savings Bank, appellee, v. Grand Carniolian Slovenian Catholic Union of the United States of America, appellant. Gen. No. 36,326.

Opinion filed December 13, 1933.
Frank J. Jones, for appellant. Ralph F. Kompare, for appellee.
Mr. Presiding Justice Hall delivered the opinion of the court.

Blatchford Building Corporation, appellee, v. M. E. Wood, appellant. Gen. No. 36,335.

Opinion filed December 13, 1933.
Louis C. Horner, for appellant. Weightstill Woods, for appellee.
Mr. Presiding Justice Hall delivered the opinion of the court.

Chicago City Bank and Trust Company, appellee, v. William Kaufman et al., defendants, on appeal of Sarah Hoffman, appellant. Gen. No. 36,342.

Opinion filed December 13, 1933.
Edelson & Paullin, for appellant; Hyland J. Paullin, of counsel. Wells & Liddell, for appellee; Lauritz P. Hwass, of counsel.
Mr. Presiding Justice Hall delivered the opinion of the court.

Alice Gwalda, appellee, v. Federal Life Insurance Company, appellant. Gen. No. 36,351.

Opinion filed December 13, 1933. Rehearing denied and opinion slightly modified December 27, 1933.
Loucks, Eckert & Peterson, for appellant. Slakis & Spence, for appellee.
Mr. Presiding Justice Hall delivered the opinion of the court.